UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIOS RENE VAZQUEZ CORNEJO,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN TRANSPORT, INC.; LOUANNE BOON; GERARD BOON; and FEDEX CUSTOM CRITICAL, INC.,<br><br>Defendants. | Case No. 2:13-cv-01608-APG-CWH<br><br>**ORDER TO SHOW CAUSE WHY LOUANNE BOON SHOULD NOT BE SANCTIONED** |

Defendant Louanne Boon caused an answer to be filed that was not factually supported because she admitted the plaintiffs' allegation that she was driving the truck involved in an accident, when in fact her husband had been driving. (*Compare* Dkt. #1-1 at 4 (alleging Louanne Boon was driving) & Dkt. #28-7 at 1 (admitting that allegation) *with* Dkt. #28-4 at 55-56 (testifying that her husband was driving and they switched places at the scene of the accident).) She also falsely stated that she was the driver when she verified her responses to interrogatories. (*Compare* Dkt. #28-2 at 4 *with* Dkt. #28-4 at 63-64, 70.)

IT IS THEREFORE ORDERED that defendant Louanne Boon shall show cause in writing on or before January 29, 2016 why she should not be sanctioned under Federal Rule of Civil Procedure 11 or under the court's inherent power for filing a false answer and a false response to an interrogatory in this case.

IT IS FURTHER ORDERED that any other party wishing to be heard on the matter may file a brief on or before January 29, 2016.

DATED this 17th day of December, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE