**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIOS RENE VAZQUEZ CORNEJO,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN TRANSPORT, INC.; LOUANNE BOON; GERARD BOON; and FEDEX CUSTOM CRITICAL, INC.,<br><br>Defendants. | Case No. 2:13-cv-01608-APG-CWH<br><br>**ORDER DENYING MOTION IN LIMINE**<br><br>(ECF No. 68) |

Defendant Gerard Boon filed a multi-part motion in limine. ECF No. 68. However, Boon did not comply with Local Rule 16-3, which states that motions in limine "will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." I therefore deny the motion without prejudice to comply with the Rule.

IT IS THEREFORE ORDERED that defendant Gerard Boon's motion in limine **(ECF No. 68) is DENIED**.

DATED this 24th day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE