# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HUMBERTO AMEZCUA and OCTAVIO RENE VAZQUEZ CORNEJO,

        Plaintiffs,

vs.

GERARD BOON, DOES 1 through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive,

        Defendants.

Case No.  2:13-cv-01608-APG-CWH

**ORDER**

    Presently before the Court is Defendant's Request for Clarification as to Minute Order Regarding Motion to Strike Medical Experts (ECF No. 85).  Defendant requests the Court to clarify the scope of its Order (ECF No. 84) regarding Defendant's Motion to Strike Medical Experts and Rebuttal Experts (ECF No. 66).

    As the Court ruled at the Motion Hearing held on June 16, 2016, Defendant's Motion (ECF No. 66) is GRANTED.  Plaintiff's non-retained medical providers are stricken as medical experts and rebuttal experts.  However, the medical providers may testify as percipient witnesses.

    IT IS SO ORDERED.

DATED: June 21, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**