**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIOS RENE VAZQUEZ CORNEJO,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN TRANSPORT, INC.; LOU ANNE BOON; GERARD BOON; and FEDEX CUSTOM CRITICAL, INC.,<br><br>Defendants. | Case No. 2:13-cv-01608-APG-CWH<br><br>**ORDER GRANTING IN PART MOTION FOR CLARIFICATION**<br><br>(ECF No. 170) |

On October 3, 2016, I granted the plaintiffs' motion for reconsideration, struck the plaintiffs' second motion for new trial, reinstated the plaintiffs' original motion for a new trial, and allowed the plaintiffs to amend their original motion to comply with the page limit of the Local Rule. Defendant Gerard Boon now moves for clarification, arguing that the plaintiffs have already filed a shortened motion to which he has responded. He thus requests clarification on whether the parties must re-submit their filings. He also argues the prior order should be amended to say that the plaintiffs' second motion will be considered the amended motion and his opposition to that motion will stand as the operative opposition.

IT IS ORDERED that defendant Gerard Boon's motion for clarification **(ECF No. 170) is GRANTED in part**. I have stricken the plaintiffs' shortened motion, and that ruling stands. The plaintiffs must file an amended motion that complies with the page limit in the Local Rules within seven days of my order dated October 3, 2016 (ECF No. 169). If Gerard Boon wants to stand on his prior opposition, he may incorporate it by reference as his response to the plaintiffs' amended motion or he may file a new opposition.

DATED this 4th day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE