AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Humberto Amezcua, et al.

Plaintiffs,

V.

Gerard Boon

Defendant.

**JUDGMENT IN A CIVIL CASE FOR ATTORNEY FEES AND NONTAXABLES EXPENSES**

Case Number: 2:13-cv-01608-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered as follows: Defendant, Boon is awarded $32,987.50 in attorney's fees and $3,288.32 in nontaxable expenses.

March 31, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Angela Reyes

(By) Deputy Clerk