# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIOS RENE VAZQUEZ CORNEJO, <br><br> Plaintiffs, <br><br> v. <br><br> JORDAN TRANSPORT, INC.; LOU ANNE BOON; GERARD BOON; and FEDEX CUSTOM CRITICAL, INC., <br><br> Defendants. | Case No. 2:13-cv-01608-APG-CWH <br><br> **ORDER REGARDING TRANSCRIPTS FOR APPEAL** <br><br> (ECF No. 195) |

The plaintiffs filed an appeal and designated various portions of the district court record. The defendants responded by designating transcripts of the entire trial. The defendants contend that the plaintiffs have failed to properly notify them as to what issues they intend to pursue on appeal, thus making it impossible for the defendants to designate less than the entire transcript. ECF No. 197. The plaintiffs subsequently filed their "Certificate Regarding Transcripts" (ECF No. 195) under Ninth Circuit Rule 10-3.1(f). That rule states:

> If appellee notifies appellant that additional portions of the transcript are required pursuant to Circuit Rule 10-3.1(b), appellant shall make arrangements with the court reporter to pay for these additional portions unless appellant certifies that they are unnecessary to the appeal and explains why not.
>
> If such a certificate is filed in the district court, with copies to the court reporter and this Court, the district court shall determine which party shall pay for which portions of the transcript. . . .

The plaintiffs' Certificate does not explain why the additional transcripts requested by the defendants are unnecessary to the appeal. The plaintiffs say only that they "have identified and ordered all of the transcripts which are germane to the issues on appeal . . . ." ECF No. 195 at 1. This conclusory statement does not offer the explanation required by Rule 10-3.1(f). Nor does it allow the defendants or me to evaluate each side's request for transcripts. Accordingly, because

the plaintiffs have not met their burden under the rule, I determine that the plaintiffs shall pay for the entire transcripts.

IT IS THEREFORE ORDERED that the plaintiffs shall pay for the entire transcripts.

DATED this 6th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE