Ellen Jean Winograd, Esq.
State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511-1149
(775) 688-3000
(775) 688-3088 - facsimile
ewinograd@woodburnandwedge.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIO RENE VAZQUEZ CORNEJO,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUANNE BOON; JORDAN TRANSPORT, INC.; GERARD BOON; FEDEX CUSTOM CRITICAL, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01608-APG-CWH<br><br>MOTION TO SUBSTITUTE ATTORNEY |

Defendants LOUANNE BOON, JORDAN TRANSPORT, INC., GERARD BOON and FEDEX CUSTOM CRITICAL, INC. hereby substitute Ellen Jean Winograd of Woodburn and Wedge, 6100 Neil Road, Suite 500, Reno, Nevada 89511, as attorney of record in place and stead of Kenneth R. Bick of the Law Offices of Kenneth R. Bick.

DATED: ~~December ____, 2017~~ January 9, 2018

_____
FedEx Custom Critical, Inc.

DATED: December ___, 2017

_____
Louanne Boon

DATED: December ___, 2017

_____
Gerard Boon

```
 1  Ellen Jean Winograd, Esq.
    State Bar No. 815
 2  WOODBURN AND WEDGE
    6100 Neil Road, Suite 500
 3  Reno, Nevada 89511-1149
    (775) 688-3000
 4  (775) 688-3088 - facsimile
    ewinograd@woodburnandwedge.com
 5
    Attorneys for Defendants
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO AMEZCUA and OCTAVIO RENE VAZQUEZ CORNEJO,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUANNE BOON; JORDAN TRANSPORT, INC.; GERARD BOON; FEDEX CUSTOM CRITICAL, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01608-APG-CWH<br><br>MOTION TO SUBSTITUTE ATTORNEY |

Defendants LOUANNE BOON, JORDAN TRANSPORT, INC., GERARD BOON and FEDEX CUSTOM CRITICAL, INC. hereby substitute Ellen Jean Winograd of Woodburn and Wedge, 6100 Neil Road, Suite 500, Reno, Nevada 89511, as attorney of record in place and stead of Kenneth R. Bick of the Law Offices of Kenneth R. Bick.

DATED: December ___, 2017

FedEx Custom Critical, Inc.

DATED: ~~December ___, 2017~~ January 15, 2018

_/s/ Lou Anne Boon_
Louanne Boon

DATED: ~~December ___, 2017~~ January 15, 2018

_/s/ Gerard Boon_
Gerard Boon

January 2b, 2018
DATED: ~~December ____, 2017~~                    _____
                                                  Jordan Transport, Inc.

I consent to the above substitution.

DATED: December ____, 2017                        _____
                                                  Kenneth R. Bick

I am duly admitted to practice in this District and accept the above substitution.

DATED: December ____, 2017                        _____
                                                  Ellen Jean Winograd

Defendants retained Ellen Jean Winograd of Woodburn and Wedge.

**APPROVED.**

DATED this _____ day of _____, 20___.


                                                  _____
                                                  United States District Judge

DATED: December ___, 2017

_____
Jordan Transport, Inc.

I consent to the above substitution.

DATED: December 29th, 2017

_____
Kenneth R. Bick

I am duly admitted to practice in this District and accept the above substitution.

DATED: Jan 26, 2018

_____
Ellen Jean Winograd

Defendants retained Ellen Jean Winograd of Woodburn and Wedge.

**APPROVED.**

DATED this February 9, 2018

_____
United States District Judge

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO SUBSTITUTE ATTORNEY** was made this date through the Court's electronic filing and notification or, as appropriate, by sending a copy thereof by first-class mail from Reno, Nevada, addressed as follows:

| | |
|---|---|
| Marjorie Hauf, Esq.<br>Ganz & Hauf<br>8950 West Tropicana Avenue, Suite 1<br>Las Vegas, Nevada 89147<br>(702) 598-4529<br>(702) 598-3626 - facsimile<br>mhauf@ganzhauf.com<br>**Attorneys for Plaintiffs** | Erik Fitting, Esq.<br>Erik Fitting & Associates<br>2420 Greens Avenue<br>Henderson, Nevada 89014<br>(702) 312-6965<br>(702) 212-8086 - facsimile<br>efitting@msn.com<br>**Attorneys for Plaintiffs** |

DATED this 8th day of February, 2018.

_____
Employee of Woodburn and Wedge